1 **DAVID M.C. PETERSON**
California Bar No. 254498
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone:  (619) 234-8467
4 Facsimile:  (619) 687-2666
Email:  David_Peterson@fd.org

6 Attorneys for Defendant

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10 **(HONORABLE LOUISA S. PORTER)**

11 UNITED STATES OF AMERICA,           ) CASE NO. 08MJ2210
                                       )
12         Plaintiff,                  )
                                       )
13 v.                                  )
                                       ) **NOTICE OF APPEARANCE**
14 JOSE LUIS QUINTERO-COLIN,           )
                                       )
15         Defendant.                  )
                                       )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

20                                     Respectfully submitted,

22 Dated: July 24, 2008                */s/ DAVID M. C. PETERSON*
                                       DAVID M.C. PETERSON
23                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Defendant
24                                     David_Peterson@fd.org

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 24, 2008                                             /s/ *DAVID M. C. PETERSON*
                                                                         DAVID M.C. PETERSON
                                                                         Federal Defenders of San Diego, Inc.
                                                                         225 Broadway, Suite 900
                                                                         San Diego, CA  92101-5030
                                                                         (619) 234-8467  (tel)
                                                                         (619) 687-2666  (fax)
                                                                         David_Peterson@fd.org (email)